United States District Court
Southern District of Texas
**ENTERED**
August 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDRIA I. PEREZ CURBELO, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-124 |
| | § | |
| DANIEL BIBLE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On August 20, 2020, Petitioner Andria I. Perez Curbelo filed a Petition for Habeas Corpus and Complaint for Injunctive and Declaratory Relief (Doc. 1).

Within her Prayer, Curbelo requests immediate release from the custody of U.S. Immigration and Customs Enforcement, but she does not move for a temporary restraining order or other form of emergency injunctive relief. Accordingly, it is:

**ORDERED** that if Curbelo wishes for the Court to consider the issuance of a temporary restraining order or other form of emergency injunctive relief, she shall file the appropriate motion by no later than September 8, 2020. Absent such a motion, the Court will await Defendants' responsive pleading(s) before considering the merits of the Petition.

SIGNED this 24th day of August, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge