UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDRIA I. PEREZ CURBELO, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-124 |
| | § | |
| DANIEL BIBLE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On September 14, 2020, Defendants notified the Court that Plaintiff Andria I. Perez Curbelo had been removed to Spain. (Notice of Removal, Doc. 11) As a result, it is:

**ORDERED** that by no later than September 28, 2020, Plaintiff Andria I. Perez Curbelo show cause as to why her removal does not render her causes of action moot.

SIGNED this 14th day of September, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge